UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE TIAFFAY,<br><br>　　　　　　　　　　　Petitioner<br>　v.<br><br>CALVIN JOHNSON, et al.,<br><br>　　　　　　　　　　　Respondents | Case No. 2:20-cv-02257-JAD-EJY<br><br>**Order Extending Deadline<br>to Pay Filing Fee**<br><br>[ECF No. 7] |

　　　Good cause appearing, IT IS HEREBY ORDERED that Petitioner George Tiaffay's first motion for extension of time **[ECF No. 7] is GRANTED**. Petitioner has until March 29, 2021, to pay the $5.00 filing fee. **If Tiaffay fails to comply with this order by the March 29, 2021 deadline, this case will be dismissed without prejudice and without further advance notice.**

　　　Additionally, electronic filing is now mandatory at High Desert State Prison for all prisoner filings in all federal cases before this court, including civil rights and habeas corpus cases, in accordance with the court's Fifth Amended General Order 2012-01.[1] Since he is housed at High Desert State Prison, **Tiaffay must electronically file all future court documents**, instead of mailing those documents to the Clerk of Court.

　　　Dated: February 10, 2021

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 8.