# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE TIAFFAY,<br><br>　　　　　　　Petitioner<br>v.<br>CALVIN JOHNSON, et al.,<br><br>　　　　　　　Respondents | Case No. 2:20-cv-02257-JAD-EJY<br><br>**Order Granting Petitioner's Motion to Extend Time to File Second Amended Petition**<br><br>[ECF No. 21] |

　　Good cause appearing, **IT IS HEREBY ORDERED** that Petitioner George Tiaffay's unopposed first motion to extend time [ECF No. 21] **is GRANTED**. Petitioner has until January 5, 2022, to file his second amended petition for writ of habeas corpus.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 29, 2021