# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE TIAFFAY,<br><br>         Petitioner,<br>v.<br>CALVIN JOHNSON, et al.,<br><br>         Respondents. | Case No. 2:20-cv-02257-JAD-EJY<br><br>**Order Granting Petitioner's Motion to Extend Time to File Second Amended Petition**<br><br>[ECF No. 25] |

  Good cause appearing, IT IS HEREBY ORDERED that Petitioner George Tiaffay's unopposed third motion to extend time **[ECF No. 25] is GRANTED**. Petitioner has until May 6, 2022 to file his second amended petition for writ of habeas corpus.

  Dated: March 30, 2022

                    _____
                    U.S. District Judge Jennifer A. Dorsey