UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE TIAFFAY,<br><br>                          Petitioner<br>    v.<br><br>CALVIN JOHNSON, et al.,<br><br>                        Respondents | Case No. 2:20-cv-02257-JAD-EJY<br><br>**Order Granting Extension of Time**<br><br>[ECF No. 27] |

    Good cause appearing, **IT IS HEREBY ORDERED** that Petitioner George Tiaffay's unopposed fourth motion to extend time **[ECF No. 27] is GRANTED**. Petitioner has until July 5, 2022, to file his second amended petition for writ of habeas corpus.

                                                        _____
                                                        U.S. District Judge Jennifer A. Dorsey
                                                        Dated: May 23, 2022