# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE TIAFFAY,<br><br>Petitioner<br>v.<br><br>CALVIN JOHNSON, et al.,<br><br>Respondents | Case No. 2:20-cv-02257-JAD-EJY<br><br>**Order Granting Extension of Time**<br><br>[ECF No. 37] |

Good cause appearing, it is hereby ordered that Respondents' first unopposed motion for enlargement of time (ECF No. 37) is granted. Respondents have until December 2, 2022, to respond to the second amended petition (ECF No. 31).

_____
U.S. District Judge Jennifer A. Dorsey
October 4, 2022