UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE MIGUEL TIAFFAY,<br><br>        Petitioner,<br>v.<br><br>CALVIN JOHNSON, et al.,<br><br>        Respondents. | Case No. 2:20-cv-02257-JAD-EJY<br><br>**Order Granting Extension of Time**<br><br>[ECF No. 41] |

Good cause appearing, it is hereby ordered that Respondents' second unopposed motion for enlargement of time to file a response to the second amended petition **(ECF No. 41) is GRANTED**. Respondents have until January 16, 2023, to respond to the second amended petition (ECF No. 31).

_____
U.S. District Judge Jennifer A. Dorsey
November 29, 2022