# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE TIAFFAY,<br><br>                              Petitioner,<br>v.<br>CALVIN JOHNSON, et al.,<br><br>                              Respondents. | Case No. 2:20-cv-02257-JAD-EJY<br><br>**Order Granting Extension of Time**<br><br>[ECF No. 43] |

Respondents seek an extension of time to file a response to Petitioner George Tiaffay's 28 U.S.C. § 2254 second-amended habeas corpus petition.[1]  Good causing appearing,

IT IS ORDERED that respondents' unopposed third motion for extension of time to file a response to the second-amended habeas corpus petition **[ECF No. 43] is GRANTED.** Respondents have **until March 2, 2023, to file their response**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 24, 2023

---

[1] ECF No. 43.

1