UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE TIAFFAY,<br><br>                    Petitioner,<br>v.<br>CALVIN JOHNSON, et al.,<br><br>                    Respondents. | Case No. 2:20-cv-02257-JAD-EJY<br><br>**Order Granting Extension of Time**<br><br>[ECF No. 73] |

Respondents seek an extension of time to file their reply in support of their motion to dismiss.[1] Good cause appearing,

IT IS ORDERED that respondents' unopposed first motion for extension of time to file their reply in support of their motion to dismiss **[ECF No. 73] is GRANTED.** Respondents have **until April 20, 2023, to file their reply.**

_____
U.S. District Judge Jennifer A. Dorsey
March 23, 2023

---

[1] ECF No. 73.