# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE TIAFFAY,<br><br>　　　　　　　　　　Petitioner<br>v.<br>CALVIN JOHNSON, et al.,<br><br>　　　　　　　　　　Respondents | Case No. 2:20-cv-02257-JAD-EJY<br><br>**Order Granting Extension of Time**<br><br>[ECF No. 79] |

　　　Petitioner George Tiaffay seeks an extension of time to file his response to my order granting, in part, the respondents' motion to dismiss and instructing Tiaffay to choose whether he will: (1) voluntarily seek partial dismissal of only unexhausted Ground 2; (2) voluntarily dismiss the entire petition without prejudice so he can return to state court on that unexhausted claim; or (3) move for other appropriate relief, such as a motion for stay and abeyance.[1]  Good cause appearing,

　　　IT IS ORDERED that Tiaffay's unopposed first motion for extension of time to file his response **[ECF No. 79] is GRANTED.**  Tiaffay has **until March 27, 2024, to file his response.**

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　　January 18, 2024

---

[1] ECF No. 79.