**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GEORGE TIAFFAY, | Case No. 2:20-cv-02257-JAD-EJY |
| Petitioner | |
| v. | **Order Granting Extension of Time** |
| CALVIN JOHNSON, et al., | **[ECF No. 84]** |
| Respondents | |

Respondents seek an extension of time to file their answer to the remaining claims.[1]  I find the request is made in good faith and not solely for the purpose of delay and, therefore, good cause exists to grant the motion.

IT IS THEREFORE ORDERED that respondents' unopposed first motion for extension of time **[ECF No. 84] is GRANTED.**  Respondents have **until July 30, 2024, to file their answer.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 4, 2024

---

[1] ECF No. 84.