# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE TIAFFAY,<br><br>　　　　　　　　　　Petitioner<br>v.<br>CALVIN JOHNSON, et al.,<br><br>　　　　　　　　　　Respondents | Case No. 2:20-cv-02257-JAD-EJY<br><br>**Order Granting Extension of Time<br>to File Answer**<br><br>[ECF No. 89] |

　　　Respondents seek an extension of time to file their answer to the remaining claims.[1]  I find the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

　　　IT IS ORDERED that respondents' unopposed second motion for extension of time **[ECF No. 89] is GRANTED.**  Respondents have **until September 13, 2024, to file their answer.**  The Attorney General's office is advised that workload will not be good cause for a third extension of this deadline.

　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　　Dated: August 13, 2024

---

[1] ECF No. 84.

1