UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE TIAFFAY,<br><br>　　　　　　　　　Petitioner<br>　v.<br>CALVIN JOHNSON, et al.,<br><br>　　　　　　　　　Respondents | Case No. 2:20-cv-02257-JAD-EJY<br><br>**Order Granting Extension of Time**<br><br>[ECF No. 91] |

　　Respondents seek an extension of time to file their answer to the remaining claims.[1]  I find the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

　　IT IS THEREFORE ORDERED that respondents' unopposed third motion for extension of time **[ECF No. 91] is GRANTED** *nunc pro tunc* to September 13, 2024, extending the response deadline to October 15, 2024.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　Dated: October 30, 2024

---

[1] ECF No. 91.