# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE TIAFFAY,<br><br>　　　　　　　Petitioner<br>　v.<br><br>CALVIN JOHNSON, et al.,<br><br>　　　　　　　Respondents | Case No. 2:20-cv-02257-JAD-EJY<br><br>**Order Granting Extension of Time**<br><br>**[ECF No. 94]** |

　　　Petitioner George Tiaffay seeks an extension of time to file his reply in support of the second amended petition.[1]  I find the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

　　　IT IS ORDERED that Tiaffay's unopposed first motion for extension of time **[ECF No. 94] is GRANTED.**  Tiaffay has **until February 12, 2025, to file his reply.**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　December 9, 2024
　　　　　　　　　　　　　　　　　　　　　 nunc pro tunc to November 14, 2024

---

[1] ECF No. 94.

1