UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| George Miguel Tiaffay,<br><br>  Petitioner,<br><br>v.<br><br>Calvin Johnson, et al.,<br><br>  Respondents. | Case No. 2:20-cv-02257-JAD-EJY<br><br>**Order Granting Motion for Enlargement of Time (Second Request)**<br><br>[ECF No. 96] |

Petitioner George Miguel Tiaffay seeks an extension of time to file a reply in support of his petition for writ of habeas corpus under 28 U.S.C. § 2254, and respondents do not oppose the request.[1] I find that the request is made in good faith and not solely for the purpose of delay, so good cause exists to grant the request.

IT IS THEREFORE ORDERED that Petitioner George Miguel Tiaffay's (unopposed) motion for extension of time in which to reply to answer of the second amended petition (second request) **[ECF No. 96] is GRANTED**. Petitioner has until **April 14, 2025, to file his reply**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 13, 2025

---

[1] ECF No. 96.