UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE TIAFFAY,<br><br>　　　　　　　　　　Petitioner<br>　v.<br><br>CALVIN JOHNSON, et al.,<br><br>　　　　　　　　　　Respondents | Case No. 2:20-cv-02257-JAD-EJY<br><br>**Order Granting Extension of Time**<br><br>**[ECF No. 98]** |

　　　Petitioner George Tiaffay seeks an extension of time to file his reply in support of the second amended petition.[1] I find the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

　　　IT IS ORDERED that Tiaffay's unopposed third motion for extension of time **[ECF No. 98] is GRANTED** *nunc pro tunc* to April 14, 2025, making his reply filed on May 8, 2025, ECF No. 99, timely.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　　　Dated: June 27, 2025

---

[1] ECF No. 98.

1